sider what would be a reasonable compensation from all the facts and circumstances of the case.

We are of the opinion that the judgment should be, and is, hereby reversed unless the defendants in error shall enter a remittitur of five thousand dollars, and interest from the date of the institution of the action, in which case the judgment so diminished shall be, and is, affirmed.

So ordered.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., Concur.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur in the opinion.

---

RIVERS H. BUFORD, ESQ., ATTORNEY GENERAL, ETC., *et al.*, *Appellants*, vs. FLORIDA BAPTIST CONVENTION, A CORPORATION, *Appellee*.

Division B.

Decision Filed June 13, 1924.

An Appeal from the Circuit Court for Pinellas County; M. A. McMullen, Judge.

*C. E. Spear, John I. Viney* and *Rivers Buford*, Attorney General, for Appellants;

*James Booth* and *Mabry, Reaves & Carlton*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for

the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.

---

THE PENSACOLA GROCERY COMPANY, A CORPORATION, D. P. POWELL AND WIFE, C. M. POWELL, H. E. FIELDS, ALTO POWELL, PILLIE POWELL, GEORGE ATWELL AND SALLIE WRIGHT, *Appellants,* v. CARY L. RICE, *Appellee.*

Division B.

Decision Filed June 13, 1924.

An Appeal from the Circuit Court for Okaloosa County, D. J. Jones, Judge.

*Purl G. Adams,* for Appellants.

*W. J. Rice,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree. herein, and briefs. and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that the said